UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, February 29, 2008
**Case Number:** CV-07-5517-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:              **BERNARDINO VAZQUEZ  V. RAUL MALDONADO**

                    **PLAINTIFF**                                **DEFENDANT**

**Attorneys Present:  James Dal Bon**         **Attorneys Present: Thomas LaLanne**

PROCEEDINGS:

Case management conference held. Parties are present. The case is referred to court mediation. Continued to 3/28/08 at 10:30 a.m. for further case management conference.