James Dal Bon, SBN 157942
Law Offices of James Dal Bon
28 North 1st Street Suite 210
San Jose, CA 95113
(408)297-4729

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNADINO VASQUEZ,<br><br>                            Plaintiff,<br><br>V.<br><br>RAUL MALDANADO dba MALDANADO'S AUTO BODY & PAINT AND TOWING SERVICE and DOES ONE THROUGH TEN<br><br>                            Defendants. | Case No: 07-05517 JF<br><br>PLAINTIFF'S CASE MANAGEMENT STATEMENT AND PROPOSED ORDER |

      The plaintiff submits this Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

**DESCRIPTION OF THE CASE**

      Plaintiff's counsel has tried contacting the Defense counsel Thomas La Lane by fax and telephone concerning filing a Joint Case Management Conference Statement. Since Defense counsel has not contacted the Plaintiff's attorney, the Plaintiff is submitting his own Case Management Statement.

      This is a simple wage and hour case with one complicating factor. Plaintiff was an employee of Defendants' auto body shop. Plaintiff's job was not exempt from wage and hour laws. Plaintiff alleges that he routinely worked in excess of 8 hours per day and more than 40

hours per week. Plaintiff alleges that Defendants paid him a salary and did not pay him overtime. Defendants have denied these allegations.

There is one complicating factor. The plaintiff signed a check stating it settled his case worth approximately $75,000 for $750. Plaintiff did this without advice of counsel. Plaintiff claims he was pressured into signing the release after associates of the Defendants threatened him.

2. (1) Whether Defendants violated California Labor Code § 510 and the Fair Labor Standards Act for failure to properly pay overtime wages; (2) whether Defendants violated California Labor Code Section 201 for failure to pay wages due and "waiting time" penalties; (3) whether Defendants violated California Business and Professions Code § 17200; and whether Defendants violated California Labor Code § 226 for failure to provide adequate pay statements, and whether the release is valid.

3. The other factual issues which remain unresolved for the reason state below and how the parties propose to resolve those issues:

4. The parties which have not been served and the reasons: Does 1–10 have not been served. They are not identified. The parties do not currently expect to amend any parties, claims, or defenses, but reserve their right to do so. The parties proposed a deadline of July 14, 2008 for amending the pleadings.

5. Plaintiff consents to assignment of this case to a United States Magistrate Judge for trial.

**ALTERNATIVE DISPUTE RESOLUTION**

6. Plaintiff would agree to mediation.

7. Indicate any other information regarding ADR process or deadline:
The Plaintiff would agree that the deadline for completing the ADR process is 90 days from the date of the order.

**DISCLOSURES**

1  8. Plaintiff will send Defense attorney his initial disclosures on or before 3/28/08

## SCHEDULING

9. The plaintiff proposes the following discovery plan:

|  |  |
|---|---|
| Discovery Cut-Off: | September 14, 2008 |
| Deadline to add additional parties: | June 14, 2008 |
| Dispositive Motions Deadline: | December 9, 2008 |
| Pre-Trial Conference: | February 10, 2009 |
| Trial Date: | March 11, 2009 |

## TRIAL

10. The Plaintiff expects that the trail will last for three days.

Dated: March 26, 2008

s/jdb
James Dal Bon,
Attorney for Plaintiff

PLAINTIFF'S CASE MANAGEMENT STATEMENT
AND PROPOSED ORDER  –

1
2                              **CASE MANAGEMENT ORDER**
3          The Case Management Statement and Proposed Order is hereby adopted by the Court as
4   the Case Management Order for the case and the parties are ordered to comply with this Order.
5   In addition the Court Orders: _____
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12
13      Dated: _____       _____
                                         Honorable Jeremy Fogel
14                                       United States District Court Judge
15
16
17
18
19
20
21
22
23
24
25
26

PLAINTIFF'S CASE MANAGEMENT STATEMENT
AND PROPOSED ORDER  –