Thomas J. LaLanne (SBN 55199)
LAW OFFICES OF THOMAS J. LaLANNE
369 Broadway
San Francisco, CA 94133
Tel:  (415) 434-1122
Fax:  (415) 434-1125

Attorneys for Defendant
RAUL MALDONADO, individually and dba
MALDONADO'S AUTO BODY & PAINT
AND TOWING SERVICE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| BERNARDINO VAZQUEZ,<br><br>  Plaintiff,<br>vs.<br><br>RAUL MALDONADO dba MALDONADO'S AUTO BODY & PAINT AND TOWING SERVICE; RAUL MALDONADO; and DOES 1-10,<br><br>  Defendants. | No. C07 05517 JF PVT<br><br>**DEFENDANT'S CASE MANAGEMENT STATEMENT**<br><br><br><br><br>Date:  March 28, 2008<br>Time:  10:30 a.m. |

Comes now defendant RAUL MALDONADO, individually and dba MALDONADO'S AUTO BODY & PAINT AND TOWING SERVICE ("MALDONADO"), who files this case management statement as follows:

1. **DESCRIPTION OF CASE**

In this litigation, plaintiff BERNARDINO VAZQUEZ ("VAZQUEZ") apparently claims he was an hourly employee for extensive periods of time at the Redwood City body shop owned by MALDONADO. However, from his complaint, it is impossible to determine just what periods of

1

DEFENDANT'S CASE MANAGEMENT STATEMENT

1  time are in issue. VAZQUEZ further claims that he was denied overtime wages in violation of state
2  and federal law during these periods.

3      MALDONADO denies these claims. In the fall of 2006, VAZQUEZ had approached
4  MALDONADO with a request to use his body shop facilities to work on vehicles owned by his
5  friends and customers. MALDONADO originally refused this request. From time to time thereafter,
6  VAZQUEZ would drop in looking for piece work while he was in between auto body jobs. He
7  always demanded cash for this work. Subsequently, MALDONADO did allow VAZQUEZ to use
8  the body shop facilities to perform work on one vehicle owned by a friend of VAZQUEZ. In lieu
9  of paying rent, VAZQUEZ performed small jobs around the shop for MALDONADO. During this
10 time, VAZQUEZ was regularly employed by other body shops, but not by MALDONADO. If
11 VAZQUEZ worked during other than regular business hours during this period, it was for his own
12 benefit, not MALDONADO's, as VAZQUEZ was not an employee of MALDONADO.

13     In May or June, 2007, MALDONADO agreed to hire VAZQUEZ as a full time employee of
14 the body shop. That employment lasted only one week before MALDONADO dismissed
15 VAZQUEZ. The reasons for the dismissal were twofold: 1) VAZQUEZ' work habits were
16 unsatisfactory due to his drinking both on and off the job; and 2) VAZQUEZ failed to produce a
17 social security number even though MALDONADO had told him that was an absolute condition of
18 his employment. At no time during this one week period did VAZQUEZ perform any overtime
19 services. Moreover, he was paid in full on the date of his termination.

20

21     2.    **LEGAL / FACTUAL ISSUES**
22     After suit was filed, VAZQUEZ and MALDONADO met to discuss VAZQUEZ' claims.
23 Counsel for the parties were not present, and did not participate in these discussions. VAZQUEZ
24 and MALDONADO agreed to settle all of his claims in the action for $750.00. MALDONADO had
25 his ex-wife assist him in preparing a release agreement to this effect. The parties later met, and
26 VAZQUEZ signed the release in return for delivery of the $750.00 settlement payment. The

27

28 DEFENDANT'S CASE MANAGEMENT STATEMENT

1 | agreement was not made under duress as VAZQUEZ' counsel now claims. VAZQUEZ cashed the
2 | settlement check immediately. Attached hereto as Exhibit A is a photocopy of the release; and as
3 | Exhibit B is a photocopy of the front and back of the canceled settlement check.
4 |      As a result of the foregoing, MALDONADO demands that the litigation be dismissed.
5 |
6 | Dated: March 27, 2008           LAW OFFICES OF THOMAS J. LaLANNE
7 |
8 |                                                      /s/ Thomas J. LaLanne
                                                     Thomas J. LaLanne
                                                     Attorneys for Defendant RAUL MALDONADO,
9 |                                                      individually and dba MALDONADO'S AUTO
                                                     BODY & PAINT AND TOWING SERVICE
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |                                                        3
28 | DEFENDANT'S CASE MANAGEMENT STATEMENT

# EXHIBIT A

## RELEASE OF ALL CLAIMS

For payment of the sum of seven hundred fifty dollars ($750.00), Bernardino Vazquez hereby releases Raul Maldanado and Raul Maldonado doing business as Maldonado's Auto Body & Paint and Towing Service from any and all claims or damages or unpaid wages arising from his employment by Raul Maldanado or Raul Maldonado doing business as Maldonado's Auto Body & Paint and Towing Service. In return for this settlement payment, Bernardino Vazquez and his attorneys shall dismiss Case No. C07 005517 JF, named Bernardino Vazquez vs. Raul Maldanado and Raul Maldonado doing business as Maldonado's Auto Body & Paint and Towing, that is pending in the United States District Court, Northern District of California.

Bernardino Vazquez understands and agrees that in making this settlement, he has relied upon his own judgment about the nature and amount of damages he has sustained, and that this settlement payment is consistent with that understanding.

This release contains the entire agreement between the parties.

Dated: 12/3/07

_____
Bernardino Vazquez

Witnessed:

_____

# EXHIBIT B

**MALDONADO AUTO BODY & PAINT**
2900 MIDDLEFIELD ROAD
REDWOOD CITY, CA 94063
(650) 368-9406

UNION BANK OF CALIFORNIA

11-49/1210

5192

Date: 12-3-07

PAY TO THE ORDER OF: Bernardino Vazquez    $ 750.00

Seven Hundred fifty dollars and 00/100 DOLLARS

MEMO: Settlement Oseno Colocsii Vazquez vs Maldonado

Authorized Signature: R. Maldonado

⑆005192⑆ ⑉121000497⑉ 1661051019⑈

⑈0000075000⑈

Berenice
Dec. 03.07
656679/529

PAY TO THE ORDER OF
BANK OF AMERICA/0032
REDWOOD CITY, CA 94064
FOR DEPOSIT ONLY
PANADERIA MICHOACAN
STORE NO. 4
0092505921