UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, March 28, 2008
**Case Number:** CV-07-5517-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**  **BERNARDINO VAZQUEZ  V. RAUL MALDONADO**

**PLAINTIFF**                                                **DEFENDANT**

**Attorneys Present: James Dal Bon**          **Attorneys Present: Thomas LaLanne**

PROCEEDINGS:

Further case management conference held. Parties are present. Parties to complete court mediation by 6/27/08. Continued to 6/27/08 at 10:30 a.m. for further case management conference.