**FILED**

JUN 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## Northern District of California

No. C 07-05517 JF MED

**Certification of ADR Session**

Vazquez,
    Plaintiff(s),

v.

Maldonado,
    Defendant(s).

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) June 5, 2008

2. Did the case settle?    ☒ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: 06/12/08

Mediator, Susan J. Davidson
Dispute Resolution Specialist
697 Colusa Ave.
Berkeley, CA 94707

Certification of ADR Session
07-05517 JF MED