06/20/08

**E-filed 06/19/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNARDINO VAZQUEZ,<br><br>     Plaintiff,<br><br>     v.<br><br>RAUL MALDONADO,<br><br>     Defendant. | Case No. CV-07-5517-JF<br><br>ORDER OF DISMISSAL |

    On June 16, 2008, Susan J. Davidson, mediator in this matter, certified that this case had settled fully.

    IT IS HEREBY ORDERED that this cause be dismissed with prejudice; however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing ORDER SHALL STAND VACATED and this cause shall forthwith be restored to the calendar to be

ORDER OF DISMISSAL

set for trial.

DATED: 6/19/08

/s/electronic signature
_____
JEREMY FOGEL
United States District Judge

ORDER OF DISMISSAL